In the Matter of the Claim of ADOLPH SCHIFF, Respondent, against HERMAN SCHEUER et al., Copartners under the Firm Name of HERMAN SCHEUER & SONS et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Schiff* v. *Scheuer*, 188 App. Div. 944, affirmed.

(Argued October 2, 1919; decided October 21, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 19, 1919, unanimously affirming an award of the state industrial commission made under the Workmen's Compensation Law. The claimant, with four other men, had been working on July 4, 1918. When the men stopped work they found the watchman had locked the doors. After waiting a while three of them obtained a hose, which was placed out of a window, and they slid down this hose to reach the ground. The claimant then attempted to slide down the hose, slipped and fell to a platform beneath, causing a fracture of the leg. Appellants contended that the injury did not arise out of and in the course of the employment.

*Jeremiah F. Connor* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, CARDOZO, POUND and ANDREWS, JJ. Dissenting: McLAUGHLIN, J. Absent: HOGAN, J. Not voting: HISCOCK, Ch. J.